UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-140 |
| | ) | (VARLAN/GUYTON) |
| PAUL JAMES LOVE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER EXTENDING TIME FOR COMMITMENT FOR
MENTAL EXAMINATION AND EVALUATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the March 27, 2007 request of Acting Warden Janet M. Perdue, Metropolitan Correctional Center, Chicago, Illinois, for a thirty-day extension of time for the defendant's mental evaluation. This Court ordered [Doc. 16] the defendant to be evaluated on January 24, 2007, and for the United States Marshals to transport the defendant to a federal medical facility as designated by the Bureau of Prisons. Pursuant to the request, the defendant was designated to MCC Chicago on February 12, 2007, and was delivered on March 7, 2007. The Acting Warden requests thirty days from the date of the defendant's arrival in order to allow time for a thorough examination and states that it is anticipated that the evaluation will be completed by May 21, 2007 and that the Court can expect to receive the report by June 11, 2007. Finding that good cause for an extension has been shown, the Court **GRANTS** the requested

1

extension. The staff at MCC Chicago has a thirty (30) day extension, to evaluate the defendant pursuant to the guidelines in the Court's original order of commitment [Doc. 16].

Therefore, the presently scheduled competency hearing set for May 16, 2007 at 9:30 a.m. has been rescheduled for competency hearing/pretrial conference on **June 12, 2007 at 9:30 a.m.** before the undersigned. The presently scheduled trial date of June 19, 2007 before the Honorable Thomas A. Varlan shall remain the same.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge